UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PRM ENERGY SYSTEMS, INC.                          :
                                                  :   Civil No. 04-6157
v.                                                :
                                                  :
ENERGY PROCESS TECHNOLOGIES,                      :
INC., HEATER SPECIALISTS, INC.,                   :
MOHAWK FIELD SERVICES, INC.,                      :   **MOTION FOR CONFIRMATION OF**
PRIMENERGY, L.L.C., DON MELLOTT,                  :   **ARBITRATION AWARD**
W.N. (Bill) SCOTT, AND KOBE STEEL,               :
LTD.                                              :

COMES NOW, Kobe Steel, Ltd. ("Kobe Steel') and in support of this Motion for

Confirmation of Arbitration Award state as follows:

1.     PRM Energy Systems, Inc. ("PRM Energy"), an Arkansas corporation, is in the

business of licensing patents and technology relating to the gasification of biomass materials.

2.      PRM Energy entered into a certain General Agreement, Territorial License

Agreement, Confidentiality Agreement, and the Option to Expand Territory (collectively "the

1999 Agreements") with Primenergy, L.L.C. ("Primenergy"), an Oklahoma corporation that

develops and builds gasification technology.

3.     A dispute arose between PRM Energy, Primenergy and certain of its officers and

affiliates (collectively the "Primenergy Defendants"), and Kobe Steel arising out of the 1999

Agreements, and PRM Energy filed the above-styled action.

4.     In accordance with the 1999 Agreements and controlling Eighth Circuit law, this

Court ordered that PRM Energy's claims against Kobe Steel and the Primenergy Defendants be

arbitrated.  See Order dated June 19, 2006 (doc. no. 98).

5.      PRM Energy instituted an arbitration action against Kobe Steel and the

Primenergy Defendants.  The parties participated in binding arbitration before a panel of three

mutually accepted arbitrators (the 'Panel").  The arbitration was conducted before the

International Centre for Dispute Resolution, a Division of the American Arbitration Association,

and was styled *PRM Energy Systems, Inc. v. Energy Process Technologies, Inc. et al.*, ICDR File

50 198 T 00313 06.

6.      On September 12, 2007, the Panel issued an award in this matter (the "September

Award").  A copy of the September Award is attached hereto as Exhibit A.

7.      The September Award dismissed all claims against Kobe Steel, and as to the

Primenergy Defendants ordered that the fraud and tortious interference claims be dismissed with

prejudice.  The September Award further dismissed the contempt claim against the Primenergy

Defendants, with leave to amend to assert only post-Award breaches, dismissed the conspiracy

claim against the Primenergy Defendants except as to alleged conversion of intellectual property

during the post-Award period, and dismissed the contempt and misappropriation claims except to

post-Award conduct.

8.      On February 18, 2008, upon the joint stipulation of PRM Energy and the

Primenergy Defendants, the Panel issued Order No. 6, dismissing all remaining claims with

prejudice against all remaining parties in the arbitration.  A copy of the February 18, 2008 Order

is attached hereto as Exhibit B.

9.      Accordingly, all claims against all parties in the arbitration have been finally

adjudicated and dismissed with prejudice.

10.     PRM Energy did not move to vacate, modify, or correct the September Award

within the statutory time period.  The September Award is final and binding upon the parties as

of September 12, 2007.  Defendant Kobe Steel requests judicial confirmation of the Panel's

September Award dismissing all claims against Kobe Steel pursuant to the Federal Arbitration

Act, 9 U.S.C. §9.

WHEREFORE, pursuant to the Federal Arbitration Act, Kobe Steel respectfully requests

that this Court enter an Order stating the following:

(1)     That the September 12, 2007 award in ICDR File 50 198 T 00313 06 is

confirmed;

(2)     That the clerk enter a judgment consistent with the Court's Order pursuant

to the Federal Arbitration Act, 9 U.S.C. §9, dismissing all claims asserted against Kobe Steel.

Respectfully submitted,

/s/ Kathryn Bennett Perkins
**ROSE LAW FIRM**
Kathryn Bennett Perkins, Bar Number 92231
Amy Lee Stewart, Bar Number 88167
*Attorneys for Defendant, Kobe Steel, LTD*
120 E. Fourth Street
Little Rock, AR 72201
Telephone:  (501) 377-0417, (501) 377-0334
Fax: (501) 375-1309
E-mail: kperkins@roselawfirm.com
E-mail: astewart@roselawfirm.com

**OF COUNSEL:**

**TAFT, STETTINIUS & HOLLISTER LLP**
Theresa H. Vella
*Attorneys for Defendant Kobe Steel, LTD*
2375 East Camelback Rd., Suite 500
Phoenix, Arizona  85016
Telephone:  (602) 387-4081
Fax: (602) 387-5001
Email:  vella@taftlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 26, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following, with the exception of the new counsel for PRM Energy Systems, Inc., who will be served by email:

| | |
|---|---|
| ***PRM Energy Systems, Inc.***<br>c/o Danny R. Crabtree<br>Riable & Crabtree<br>Attorneys at Law<br>9710 Interstate 30<br>Little Rock, AR  72209<br>501-568-5680<br>501-568-1501 fax<br>dcrabtree@swbell.net<br><br>***Energy Process Technologies, Inc.***<br>c/o C. Michael Copeland<br>John W. Cannon<br>Michael A. Joyce<br>JONES, GOTCHER & BOGAN, P.C.<br>3800 First Place Tower<br>15 East Fifth Street<br>Tulsa, OK 74103<br>E-mail: mcopeland@jonesgotcher.com<br>E-mail: jcannon@jonesgotcher.com<br>E-mail: mjoyce@jonesgotcher.com<br><br>c/o E.B. Chiles, IV<br>QUATTLEBAUM, GROOMS, TULL<br> & BURROW PLLC<br>111 Center Street, Suite 1900<br>Little Rock, AR 72201<br>E-mail: cchiles@qgtb.com | ***Primenergy, L.L.C.***<br>***Don R. Mellott***<br>***W. N. Scott***<br>c/o C. Michael Copeland<br>John W. Cannon<br>Michael Q. Joyce<br>JONES, GOTGHER & BOGAN, P.C.<br>3800 First Place Tower<br>15 East Fifth Street<br>Tulsa, OK 74103<br>E-mail: mcopeland@jonesgotcher.com<br>E-mail: jcannon@jonesgotcher.com<br>E-mail: mjoyce@jonesgotcher.com<br><br><br>c/o John Earle Tull, III<br>Steven W. Quattlebaum<br>QUATTLEBAUM, GROOMS, TULL<br> & BURROW PLLC<br>111 Center Street, Suite 1900<br>Little Rock, AR 72201<br>E-mail: jtull@qgtb.com<br>E-mail: quattlebaum@qgtb.com |

/s/Kathryn Bennett Perkins
Kathryn Bennett Perkins