IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PRM ENERGY SYSTEMS, INC.                                    PLAINTIFF

   v.   Civil No. 04-6157

PRIMENERGY, L.L.C., an
Oklahoma limited liability
company, and individuals DON
R. MELLOTT and W.N. (BILL)
SCOTT                                                       DEFENDANTS

  and

ENERGY PROCESS TECHNOLOGIES,
INC., an Oklahoma Corporation,
and PRIMENERGY, L.L.C., an
Oklahoma Limited Liability
Company                                                     PLAINTIFFS

   v.

PRM ENERGY SYSTEMS, INC.,
an Arkansas Corporation                                     DEFENDANT

  and

PRM ENERGY SYSTEMS, INC.                              COUNTER PLAINTIFF

   v.

ENERGY PROCESS TECHNOLOGIES, INC.,
HEATER SPECIALISTS, INC., and
MOHAWK FIELD SERVICES, INC. (all
Oklahoma corporations)                              COUNTER DEFENDANTS

  and

PRM ENERGY SYSTEMS, INC.,
an Arkansas Corporation                                     PLAINTIFF

   v.

KOBE STEEL LTD.                                             DEFENDANT

## **JUDGMENT**

Now on this 17th day of April, 2008, come on for consideration defendant Kobe Steel Ltd.'s **Motion For Confirmation Of Arbitration Award** (document #107) and the parties' **Stipulation Of Partial Dismissal** (document #108), and the Court, being well and sufficiently advised, finds and orders as follows:

1.   On September 12, 2007, an arbitration award was entered by a panel of the International Centre for Dispute Resolution, a Division of the American Arbitration Association, in ICDR File 50 198 T 00313 06, dismissing all claims asserted in this matter by PRM Energy Systems, Inc., against Kobe Steel Ltd., and limiting the extent of claims asserted by PRM Energy Systems, Inc., against other parties.

Kobe Steel Ltd. now moves to confirm this award, and there is no objection to this motion.

2.   On February 18, 2008, pursuant to joint stipulation of the parties in ICDR File 50 198 T 00313 06, all claims asserted in arbitration by and between PRM Energy Systems, Inc.; Primenergy, L.L.C.; Energy Process Technologies, Inc.; Don Mellott; W.N. (Bill) Scott; Heater Specialists, Inc.; and Mohawk Field Services Corp., were dismissed with prejudice.

3.   On March 27, 2008, all parties stipulated that the claims asserted before this Court by and between PRM Energy Systems, Inc.; Primenergy, L.L.C.; Don R. Mellott; W.N. (Bill)

Scott; Energy Process Technologies, Inc.; Heater Specialists Inc.; and Mohawk Field Services Corp., should be dismissed with prejudice, with each party to bear its own costs and attorney fees.

**IT IS THEREFORE ORDERED** that defendant Kobe Steel Ltd.'s **Motion For Confirmation Of Arbitration Award** (document #107) is **granted**, and the September 12, 2007, arbitration award in ICDR File 50 198 T 00313 06 is **confirmed.**

**IT IS FURTHER ORDERED** that all claims asserted in this matter by PRM Energy Systems, Inc., against Kobe Steel Ltd. are **dismissed with prejudice.**

**IT IS FURTHER ORDERED** that all claims asserted by and between PRM Energy Systems, Inc.; Primenergy, L.L.C.; Don R. Mellott; W.N. (Bill) Scott; Energy Process Technologies, Inc.; Heater Specialists Inc.; and Mohawk Field Services Corp., are **dismissed with prejudice.**

**IT IS FURTHER ORDERED** that each party shall bear his or its own costs and attorney fees.

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                      **JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE**