IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| **PRM ENERGY SYSTEMS, INC.** | **PLAINTIFF** |
| v.   Civil No. 04-6157 | |
| **PRIMENERGY, L.L.C.,** an Oklahoma Limited Liability Company, and individuals **DON R. MELLOTT** and **W.N. (BILL) SCOTT** | **DEFENDANTS** |
| And | |
| **ENERGY PROCESS TECHNOLOGIES, INC.,** an Oklahoma Corporation, And **PRIMENERGY, L.L.C.,** an Oklahoma Limited Liability Company | **PLAINTIFFS** |
| v. | |
| **PRM ENERGY SYSTEMS, INC.,** An Arkansas Corporation | **DEFENDANT** |
| And | |
| **PRM ENERGY SYSTEMS, INC.,** An Arkansas Corporation | **PLAINTIFF** |
| v. | |
| **KOBE STEEL LTD.** | **DEFENDANT** |

## NOTICE OF APPEAL

Plaintiff PRM Energy Systems, Inc. hereby gives notice of appeal to the United States Court of Appeals for the Eighth Circuit from the Order entered in this case on April 17, 2008, and from all prior orders entered in the case and specifically the order compelling arbitration entered on June 19, 2006.

1

        Respectfully submitted,

        Danny R. Crabtree, #2004006
        9710 Interstate 30
        Little Rock, AR 72209
        (501) 568-5680

        Timothy O. Dudley, #82055
        114 S. Pulaski
        Little Rock, Arkansas 72201
        (501) 372-0080

        BY: /s/ Danny R. Crabtree

## CERTIFICATE OF SERVICE

    I hereby certify that on 23rd day of April, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which shall send notification of such filing to the following:

| | |
|---|---|
| C. Michael Copeland<br>Email:  mcopeland@jonesgotcher.com | Kathryn Bennett Perkins<br>Email: kperkins@roselawfirm.com |
| John W. Cannon<br>Email:  jcannon@jonesgotcher.com | Amy Lee Stewart<br>Email:  astewart@roselawfrim.com |
| | Theresa H. Vella<br>Email:  vella@taftlaw.com |

        /s/ Danny R. Crabtree_____