# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-1987

PRM Energy Systems, Inc., an Arkansas Corporation,

Appellant

Energy Process Technologies, Inc.,

v.

Primenergy, L.L.C., An Oklahoma limited liability company, et al.,

Kobe Steel, Ltd.,

Appellee

---

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:04-cv-06157-JLH)

---

## MANDATE

In accordance with the opinion and judgment of 01/08/2010, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 29, 2010

Clerk, U.S. Court of Appeals, Eighth Circuit